UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO STEVEN VASQUEZ GONZALEZ,<br><br>Plaintiff,<br><br>v.<br><br>ARTURO HERNANDEZ-MELENDEZ,<br><br>Defendant. | Case No. 21-cv-05530-JD<br><br>**ORDER RE DISMISSAL** |

Plaintiff, a state prisoner acting pro se, filed a writ of mandamus seeking money damages from the attorney who represented him in his criminal case. Plaintiff was sent a notice that he had not paid the filing fee or submitted a complete application for leave to proceed in forma pauperis ("IFP"). He was provided twenty-eight days to correct these deficiencies. More than twenty-eight days has passed, and plaintiff has not paid the fee, filed a complete application to proceed IFP or otherwise communicated with the Court. The case is **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

Dated: September 13, 2021

_____
JAMES DONATO
United States District Judge